# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MICHAEL BELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 13-4695 |
| | : | |
| **COMMONWEALTH OF PA** | : | |
| and **PA ATTORNEY GENERAL** | : | |

## ORDER

**AND NOW**, this 1st day of October, 2014, upon consideration of the plaintiff's 2254 Petition for Habeas Corpus, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document No. 6), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED**; and

3. There is no probable cause to issue a certificate of appealability.


      /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.